# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Nos. 1:02-cr-168-001, |
| v. | ) | 1:03-cr-233-001,1:03-cr-262-001 |
| | ) | |
| JACOB AARON MILES | ) | Judges McDonough/Lee |

## MEMORANDUM AND ORDER

JACOB AARON MILES ("Defendant") came before the Court for an initial appearance on July 9, 2019, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for Warrant for Offender Under Supervision ("Petition") [Doc. 31].

After being sworn in due form of law, Defendant was informed of his privilege against self-incrimination under the 5th Amendment and his right to counsel under the 6th Amendment to the United States Constitution.

The Court determined Defendant wished to be represented by an attorney and that he qualified for the appointment of an attorney to represent him at government expense. Consequently, the Court **APPOINTED** attorney Stevie Phillips to represent Defendant.

Defendant was furnished with a copy of the Petition, and had an opportunity to review that document with his attorney. The Court determined that Defendant was able to read and understand the Petition with the assistance of his counsel. In addition, AUSA Terra Bay explained to Defendant the specific charges contained in the Petition. Defendant acknowledged he understood the charges in the Petition.

The Government moved Defendant be detained pending disposition of the Petition or further Order of this Court. The Court explained Defendant's right to a preliminary hearing and detention hearing and what those hearings entail. After conferring with his counsel, Defendant waived the preliminary hearing but requested a detention hearing. The detention hearing was scheduled on July 16, 2019 at 10:00 a.m.

The Court finds that probable cause exists to demonstrate that Defendant has committed violations of his conditions of supervised release. The Court will withhold its determination—until after a detention hearing has been conducted—as to whether Defendant can establish that he will not flee or pose a danger to any other person or to the community; however, Defendant shall be **DETAINED** until the Court makes such determination.

It is, therefore, **ORDERED** that:

1. Counsel for Defendant and the Government shall confer and make best efforts to submit to United States District Judge McDonough a proposed Agreed Order with respect to an appropriate disposition of the Petition for Warrant for Offender Under Supervision.

2. In the event counsel are unable to reach agreement with respect to an appropriate disposition of the Petition for Warrant for Offender Under Supervision, they shall request a hearing before United States District Judge McDonough.

3. Defendant shall be **DETAINED** until a detention hearing is conducted or further order of this Court.

4. The U.S. Marshal Service shall **TRANSPORT** Defendant to the Court for a detention hearing before the undersigned on **July 16, 2019, at 10:00 a.m.**

**ENTER.**

/s/*Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE